IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| KYLE ATLEE CAMPBELL, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | 1:12-CV-719 |
| STATE OF NORTH CAROLINA, et al., | ) ) ) ) | |
| Defendants. | ) | |

**ORDER**

On November 20, 2012, the United States Magistrate Judge's Recommendation was filed and on February 8, 2013, notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 5 and 9.) Within the time limitation set forth in the statute, Plaintiff objected to the Recommendation. (See Doc. 10.)

The Court has reviewed the portions of the Magistrate Judge's report to which objection was made and has made a de novo determination which is in accord with the Magistrate Judge's report. The Court therefore adopts the Magistrate Judge's recommendation.

**IT IS THEREFORE ORDERED** that this action is dismissed without prejudice to Plaintiff filing a new action or actions, on the proper forms, correcting the defects set out in the Order and Recommendation. A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 16th day of May, 2013.

UNITED STATES DISTRICT JUDGE